IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIE WILLIS, et al,                    No C 04-2305 VRW

    Plaintiffs,                         ORDER

    v

CITY OF OAKLAND, et al,

    Defendant.

_____/

        Plaintiffs originally brought suit on June 14, 2004, alleging violations of federal and state law based upon the events leading up to and surrounding the shooting death of Glen Willis. Doc #1 (Complaint). At the time, plaintiffs were represented by attorneys John L Burris and Miles Washington. In October 2005, Mr Burris and Mr Washington were sanctioned for filing the complaint without adequate investigation. Doc #40. The court found that counsel's reckless behavior had unreasonably and vexatiously multiplied the proceedings in the case. Id.

        On December 14, 2006, the case was referred to Magistrate Judge Maria-Elena James for a settlement conference. Doc #48.

Magistrate Judge James held a settlement conference on April 9, 2007. Doc #52. That same day, Magistrate Judge James informed the court by email that she had settled the case and that the parties would be submitting a dismissal. No dismissal has been filed.

According to the website of the State Bar of California, Mr Washington resigned from the Bar with charges pending on April 5, 2007.

On May 3, 2007, plaintiffs sent the court a handwritten pleading, reporting that they had dismissed Mr Burris as their attorney of record and requesting a stay of the case until they could find new counsel. The pleading indicates that copies were sent to Mr Burris as well as counsel for defendants. The court has not received a response to this request.

Under the current case management scheduling order, the dispositive motion hearing is set for June 7, 2007. Doc #50. The filing deadline for dispositive motions was May 3, 2007. No motions were filed. A pretrial conference is set for July 24, 2007. Doc #50.

In light of the above, the parties are ORDERED to appear before Magistrate Judge James on or before May 31, 2007 to explain the status of the case. Magistrate Judge James is requested to report back to the court as to the status not later than June 4, 2007.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge