IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE WILLIS et al, | No. C-O4-2305 VRW |
| Plaintiffs, | ORDER |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendant. | |

This case was referred to the undersigned by United States District Chief Judge Vaughn R. Walker on December 14, 2006 for settlement conference. On April 9, 2007, a settlement conference was held and the parties reached an agreement in this matter. On May 3, 2007, in a handwritten pleading, the Plaintiffs informed Chief Judge Walker that they had dismissed their attorney, and were requesting that the Court stay the proceedings until they could find new counsel. In their pleading Plaintiffs indicated that copies were sent to Mr. John L. Burris, their former attorney, and to Defendant, City of Oakland.

On May 10, 2007 Chief Judge Walker ordered the parties to appear before the undersigned on or before May 31 to explain the status of the case.

In light of the above, the undersigned hereby ORDERS the Parties to appear for a Status Conference on May 31, 2007, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California. The Parties are further ORDERED to file, by May 29, 2007, a statement of

their positions in this matter.

**IT IS SO ORDERED.**

Dated: May 10, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2