**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE WILLIS, et al, | No C 04-2305 VRW |
| Plaintiffs, | ORDER |
| v | |
| CITY OF OAKLAND, et al, | |
| Defendant. | |

The court is in receipt of a handwritten document sent by plaintiffs and titled "Status of Case Good Cause to Grant a Mistrial." The document was filed on August 9, 2007. The matter is presently on calendar for August 30, 2007 at 2:00pm. In addition to counsel for City and counsel for plaintiffs (Mr Burris) appearing, Mrs Willis and Ms Oliver are also ORDERED to appear.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California