IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE WILLIS and LAVITA OLIVER, | No   C-04-2305 VRW |
|       Plaintiffs, | ORDER |
|       v | |
| CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; CITY OF OAKLAND Police Officers FOUGHT and CLEMENT and DOES 6 through 10, inclusive, | |
|       Defendants.                / | |

      Plaintiffs in the above-captioned matter requested the court refer the parties for settlement negotiations. Doc #121. Although previous settlement negotiations were not fruitful, having reviewed plaintiffs' filings in support of the request and good cause appearing, the court ORDERS the matter be referred to U S Magistrate Judge Maria-Elena James for a settlement conference to be completed prior to January 30, 2009.

      IT IS SO ORDERED.

                                    VAUGHN R WALKER
                                    United States District Chief Judge