IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIE WILLIS and LAVITA OLIVER,        No    C 04-2305 VRW

       Plaintiffs,                          ORDER

       v

CITY OF OAKLAND, a municipal
corporation; OAKLAND POLICE
DEPARTMENT; RICHARD WORD, in his
capacity as Chief of Police for
the CITY OF OAKLAND; CITY OF
OAKLAND Police Officers FOUGHT
and CLEMENT and DOES 6 through
10, inclusive,

       Defendants.
_____/

       Plaintiffs in the above-captioned matter requested the court refer the parties for settlement negotiations. Doc #121. The court initially ordered the parties to appear before Magistrate Judge James for another attempt at settlement, Doc #122, but the conference was unsuccessful. Doc #124. The court believes another

settlement conference before a different magistrate is appropriate. Accordingly, the court ORDERS the matter be referred to United States Magistrate Judge Joseph Spero for a settlement conference to be completed prior to February 27, 2009.

      **IT IS SO ORDERED.**

                              VAUGHN R WALKER
                              United States District Chief Judge