IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE WILLIS and LAVITA OLIVER,<br><br>    Plaintiffs,<br><br>    v<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; CITY OF OAKLAND Police Officers FOUGHT and CLEMENT and DOES 6 through 10, inclusive,<br><br>    Defendants.<br>_____/ | No   C-04-2305 VRW<br><br>ORDER |

On June 4, 2009, defendants moved for summary judgment on all claims asserted by plaintiffs Lillie Willis and Lavita Oliver. Doc #138. Plaintiffs have not responded to the motion, and the deadline for doing so has passed. The court is in receipt of a letter from plaintiff Lavita Oliver's physician, Dr Scott, who indicates that Oliver may wish to terminate this litigation. See Attachment #1.

Plaintiffs are ORDERED to SHOW CAUSE in writing, not later than July 20, 2009, why defendants' motion should not be granted. Failure to respond to this order will be deemed grounds to grant defendants' summary judgment motion. Plaintiffs should be aware that a grant of the motion will foreclose any future claims related to the events involved in the complaint herein.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge