IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIE WILLIS and LAVITA OLIVER,

    Plaintiffs,

    v

CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; CITY OF OAKLAND Police Officers FOUGHT and CLEMENT and DOES 6 through 10, inclusive,

    Defendants.

    No  C-04-2305 VRW

    ORDER

On June 4, 2009, defendants moved for summary judgment on all claims.  Doc #138.  Because plaintiffs did not file a timely response to the summary judgment motion, the court ordered plaintiffs to show cause why defendants' motion should not be granted.  Doc #141.  On July 21, 2009, plaintiffs filed an opposition and attached supporting evidence.  Doc #145.

Plaintiffs' opposition to defendants' motion, along with their supporting evidence, calls for a response from defendants.

Accordingly, defendants are hereby ORDERED to file a reply memorandum in support of their motion for summary judgment not later than November 3, 2009.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge