JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney- State Bar #142561
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-6135          Fax:  (510) 238-6500
23580:647726

Attorneys for Defendants
CITY OF OAKLAND, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE WILLIS and LAVITA OLIVER, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF OAKLAND, a municipal corporation, et al. <br><br>Defendants. | Case No. C04-2305 VRW (JS) <br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

1.    On March 22, 2010, the Court notified Counsel that this matter is scheduled for a further Case Management Conference on April 8, 2010 at 3:30 p.m.

2.    Counsel for Defendants is unavailable for the Case Management Conference on April 8, 2010 as he is acting that day as a court-appointed mediator for the U.S. District Court, Northern District of California in <u>Rochin v. City of Concord, et al.</u>, Case No. C09-00758 JL.  Thereafter, defense counsel is travelling to Southern California on a plane scheduled to depart San Francisco in the late afternoon.

3. Counsel agree and stipulate that the Case Management Conference scheduled for April 8, 2010 at 3:30 p.m. be continued to April 15, 2010 or another day convenient to the Court's docket.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: March 30, 2010

_____/s/_____
Dennis Cunningham
Attorney for Plaintiffs

DATED: March 30, 2010

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney

By: _____/s/_____
Attorneys for Defendants
CITY OF OAKLAND, et al.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

The Case Management Conference in this matter shall be continued to  May 6 , 2010 at 3:30 p.m. in Courtroom 6 of this Court.

DATED: 4/2/2010

_____
Honorable Judge Vaughn R Walker
United States District Judge

2