**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lillie Willis, | NO. C 04-02305 JW |
| Plaintiff, | **ORDER RE: FAILURE TO FILE JOINT STATEMENT** |
| v. | |
| City of Oakland, et al., | |
| Defendants. | |

On March 2, 2011, the Court issued an Order of Reassignment. (See Docket Item No. 177.). The parties were to file a joint statement within ten days of the Court's Order to update the Court on the current status of the case. (Id.) On March 7, 2011, Plaintiff counsel filed a letter as to the status of the parties' settlement efforts. (Docket Item No. 179.) The Court finds Plaintiff's letter is insufficient as it is *ex parte* and does not provide the Court with Defendants' perspective.

Accordingly, on or before **April 1, 2011,** the parties shall file a Joint Statement to update the Court as to the current status of the case and in the event that the case is not settled by Judge Larson at the scheduled May settlement conference, the parties shall provide a good faith proposed schedule as to how this case should proceed.

Dated: March 24, 2011

*James Ware*
JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Andrew Kee ckee@oaklandcityattorney.org
Dennis Cunningham denniscunningham@juno.com
James F. Hodgkins jhodgkins@oaklandcityattorney.org

**Dated: March 24, 2011**                          **Richard W. Wieking, Clerk**

                                                   **By:    /s/ JW Chambers
                                                        Elizabeth Garcia
                                                        Courtroom Deputy**