IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lillie Willis, et al. | NO. C 04-02305 JW |
| Plaintiffs,<br>v.<br>City of Oakland, et al.,<br>Defendants. | **AMENDED ORDER SETTING PRELIMINARY PRETRIAL CONFERENCE** |

On May 20, 2011, Judge Larson issued a Minute Order indicating that this case was not settled. (Docket Item No. 183.) In light of the age of the case and the parties' inability to settle, the Court now sets a Preliminary Pretrial Conference to advance this case. Thus, on **June 27, 2011 at 11 a.m.**, the parties shall appear for the Pretrial Conference. On or before **June 17, 2011**, the parties shall file a Joint Preliminary Pretrial Statement. The Statement shall include an update on any further settlement negotiations and a good faith proposed schedule for trial.

Failure to file a timely Pretrial Statement may result in appropriate sanctions. (<u>See</u> Docket Item No. 181.)

Dated: June 9, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Andrew Kee ckee@oaklandcityattorney.org
Dennis Cunningham denniscunningham@juno.com
James F. Hodgkins jhodgkins@oaklandcityattorney.org

**Dated:  June 9, 2011**                              **Richard W. Wieking, Clerk**

                                                   **By:      /s/ JW Chambers
                                                           Susan Imbriani
                                                           Courtroom Deputy**