IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lillie Willis, et al., | NO. C 04-02305 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| City of Oakland, et al., | |
| Defendants. | |
| _____/ | |

On October 5, 2011, the parties reached a settlement in the above-entitled matter. (See Docket Item No. 197.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **December 2, 2011**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, CA on **December 12, 2011 at 9 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **December 2, 2011**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: October 26, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Andrew Kee ckee@oaklandcityattorney.org
Dennis Cunningham denniscunningham@juno.com
James F. Hodgkins jhodgkins@oaklandcityattorney.org

**Dated: October 26, 2011**                              **Richard W. Wieking, Clerk**

                                                            **By:**     **/s/ JW Chambers**
                                                                        **Susan Imbriani**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California