1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10   Lillie Willis, et al.,                    NO. C 04-02305 JW

11                    Plaintiffs,              **ORDER SETTING FURTHER SHOW**
                                               **CAUSE HEARING RE. SETTLEMENT**
12        v.

     City of Oakland, et al.,
13
                      Defendants.
14   _____/

15          On October 5, 2011, the parties reached a settlement in this matter.  (See Docket Item No.

16   197.)  On October 26, 2011, in light of the settlement, the Court vacated all trial and pretrial dates

17   and set December 12, 2011 for an Order to Show Cause Hearing in regard to the settlement.[1]  (See

18   Docket Item No. 199.)  On November 15, 2011, Plaintiffs filed a letter contending that their attorney

19   had not advised them of the settlement and presenting other objections to the settlement.  (hereafter,

20   "November 15 Letter," Docket Item No. 200.)  On December 2, 2011, Plaintiffs' counsel and

21   Defendants filed a Joint Statement contending that the settlement was awaiting final approval by the

22   Oakland City Council, and requesting that the Court "allow until January 15, 2011 [sic] for

23   completion of the settlement process, issuance of a resolution approving the settlement and payment

24   of the settlement proceeds."[2]  On December 5, 2011, the Court ordered all parties to "appear at the

25   _____

26          [1]  In its Order to Show Cause, the Court stated that the December 12 hearing would be
     automatically vacated if a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a) was filed on or
27   before December 2, 2011.  (Docket Item No. 199 at 1.)

28          [2]  (Joint Statement in Response to Order to Show Cause re: Settlement at 1-2, Docket Item
     No. 201.)  The Joint Statement does not refer to the November 15 Letter filed by Plaintiffs.

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1  December 12 hearing and be prepared to address Plaintiffs' [November 15 Letter] to the Court."

2  (See Docket Item No. 202 at 2.)

3     At the December 12 hearing, Plaintiffs' counsel represented to the Court that he had spoken

4  to Plaintiffs during the week prior to the hearing, and further represented that Plaintiffs had decided

5  to withdraw the objections to the settlement presented in the November 15 Letter.[3]  Moreover,

6  Defendants' counsel contended that the settlement had been approved by the Oakland City Council

7  and that the settlement was scheduled to appear on the City Council's public consent calendar on

8  December 20, 2011.

9     Accordingly, and in light of Plaintiffs' counsel's express representation to the Court that

10  Plaintiffs have withdrawn their objections to the settlement, the Court sets **January 30, 2012 at**

11  **9 a.m.** for a further Show Cause Hearing re. Settlement.  On or before **January 20, 2012**, the parties

12  shall file a joint statement setting forth the status of the activities of the parties for finalizing the

13  settlement, and how much additional time is requested to finalize and file a dismissal of this action.

14  If a Stipulated Dismissal is filed pursuant to Fed. R. Civ. P. 41(a), the January 30, 2012 hearing shall

15  be automatically vacated.

16

17

18  Dated:  December 12, 2011

JAMES WARE
United States District Chief Judge

19

20

21

22

23

24

25

26

27  ─────────────────────
[3]  Plaintiffs did not appear at the December 12 hearing, although Plaintiffs' counsel
represented to the Court that he had informed Plaintiffs of the hearing.

28

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Andrew Kee ckee@oaklandcityattorney.org
Dennis Cunningham denniscunningham@juno.com
James F. Hodgkins jhodgkins@oaklandcityattorney.org

**Dated:  December 12, 2011**                    **Richard W. Wieking, Clerk**


**By:____/s/ JW Chambers_____**
       **Susan Imbriani**
       **Courtroom Deputy**

United States District Court

For the Northern District of California