1 | BARBARA J. PARKER, City Attorney - State Bar #069722
RANDOLPH W. HALL, Chief Assistant City Atty. - State Bar #080142
2 | JAMES F. HODGKINS, Supervising Trial Atty. - State Bar #142561
One Frank H. Ogawa Plaza, 6th Floor
3 | Oakland, California  94612
Telephone:  (510) 238-6135        Fax:  (510) 238-6500
4 | 23580/913753

5 | Attorneys for Defendants
CITY OF OAKLAND, et al.

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | LILLIE WILLIS and LAVITA OLIVER,                    Case No. C 04-2305 JW

12 |                    Plaintiff,           **STIPULATION AND ORDER RE
                                            DISMISSAL OF ENTIRE ACTION**
13 |          v.

14 | CITY OF OAKLAND, a municipal
corporation; RICHARD WORD, in his
15 | capacity as Chief of Police for the CITY OF
OAKLAND; CITY OF OAKLAND police
16 | officers FOUGHT and CLEMENT; and
DOES 1 through 25, inclusive,
17

18 |                    Defendants.

19 |        The parties to the above captioned litigation hereby stipulate, by and through their

20 | undersigned counsel of record, to the dismissal of the action pursuant to F.R.C.P.

21 | Rule 41 (a)(1).

22 | / / / /

23 | / / / /

24 | / / / /

25 | / / / /

26 | / / / /

Dated:  January 25, 2012

           BARBARA J. PARKER, City Attorney
           RANDOLPH W. HALL, Chief Assistant City Attorney
           JAMES F. HODGKINS, Supervising Trial Attorney

           By:_____/s/_____
               Attorneys for Defendant
               CITY OF OAKLAND, et al.

DATED:  January 25, 2012

           DENNIS CUNNINGHAM, ESQ.

           By: _____/s/_____
               Attorneys for Plaintiffs
               LILLIE WILLIS & LAVITA OLIVER

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that pursuant to F.R.C.P. Rule 41(a)(1) this action shall be dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated:  January 25, 2012

_____
JAMES WARE
United States District Court Judge

STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION                    C04-2305 JW