1  BARBARA J. PARKER, City Attorney - State Bar #069722
   RANDOLPH W. HALL, Chief Assistant City Atty. - State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Atty. - State Bar #142561
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California  94612
   Telephone:  (510) 238-6135     Fax:  (510) 238-6500
4  23580/913753

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LILLIE WILLIS and LAVITA OLIVER,        Case No. C 04-2305 JW

12              Plaintiff,                 **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION**

13     v.

14 CITY OF OAKLAND, a municipal
   corporation; RICHARD WORD, in his
15 capacity as Chief of Police for the CITY OF
   OAKLAND; CITY OF OAKLAND police
16 officers FOUGHT and CLEMENT; and
   DOES 1 through 25, inclusive,
17
                Defendants.
18

19     The parties to the above captioned litigation hereby stipulate, by and through their

20 undersigned counsel of record, to the dismissal of the action pursuant to F.R.C.P.

21 Rule 41 (a)(1).

22 / / / /

23 / / / /

24 / / / /

25 / / / /

26 / / / /

```
 1
 2  Dated:  January 25, 2012
 3                                      BARBARA J. PARKER, City Attorney
                                        RANDOLPH W. HALL, Chief Assistant City Attorney
 4                                      JAMES F. HODGKINS, Supervising Trial Attorney
 5                                      By:_____/s/_____
                                           Attorneys for Defendant
 6                                         CITY OF OAKLAND, et al.
 7
 8  DATED:  January 25, 2012
 9
10                                      DENNIS CUNNINGHAM, ESQ.
11
12                                 By:  _____/s/_____
                                        Attorneys for Plaintiffs
13                                      LILLIE WILLIS & LAVITA OLIVER
14
```

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that pursuant to F.R.C.P. Rule 41(a)(1) this action shall be dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: January 25, 2012

_____
JAMES WARE
United States District Court Judge